No. 72–5429.  GRAYTON *v.* CONNECTICUT.  Sup. Ct. Conn.  Certiorari denied.

No. 72–5433.  STOCK *v.* MARYLAND.  C. A. 4th Cir. Certiorari denied.

No. 72–5435.  HURST, AKA CLOE *v.* UNITED STATES. C. A. 10th Cir.  Certiorari denied.

No. 72–5436.  LEWIS *v.* MANCUSI, CORRECTIONAL SUPERINTENDENT.  C. A. 2d Cir.  Certiorari denied.

No. 72–5438.  WARNER *v.* UNITED STATES PATENT OFFICE ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 72–5439.  EPPERSON *v.* CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 72–5440.  WOODS *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 72–5444.  JACKSON *v.* FOLLETTE, WARDEN.  C. A. 2d Cir.  Certiorari denied.

No. 72–5445.  HURD *v.* BAILEY ET AL.  C. A. 1st Cir. Certiorari denied.

No. 72–5446.  NELSON *v.* ZELKER, CORRECTIONAL SUPERINTENDENT.  C. A. 2d Cir.  Certiorari denied.

No. 72–5447.  TYLER *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 72–5448.  WADDELL *v.* ALLDREDGE, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 72–5449.  RATLIFF *v.* COINER, WARDEN.  C. A. 4th Cir.  Certiorari denied.

No. 72–5450.  SANDERS *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.